JUDGE DANIELS

07 CIV 7770

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TAP ELECTRICAL CONTRACTING SERVICE, INC., <br><br> *Plaintiff,* <br><br> v. <br><br> E.E. CRUZ & CO., INC. <br><br> *Defendant.* | Civil Case No. <br><br> ECF Case <br><br> **Rule 7.1 Statement** |

    Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff TAP Electrical Contracting Service, Inc. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

**NONE**

Date: August 31, 2007

PODVEY, MEANOR, CATENACCI, HILDNER
COCOZIELLO & CHATTMAN
One Riverfront Plaza
Newark, New Jersey 07102
(973) 623-1000
*Attorneys for Plaintiff*

_____
Thomas G. Aljian, Jr. (TA6464)

Document # 237799