**New Jersey Lawyers Service**
2333 U.S. Hwy 22 West
Union, New Jersey 07083
908-686-7300



**US DISTRICT COURT OF NEW YORK**
**DISTRICT OF NY**

DOCKET: 07-CIV-777-0

JOB_NUM: 47354

PLAINTIFF
TAP ELECTRICAL CONTRACTING SERVING, INC. VS. E.E. CRUZ & CO., INC.

DEFENDANT

**AFFIDAVIT OF SERVICE**

Attorney: PODVEY MEANOR CATENACCI
ONE RIVERFRONT PLAZA
NEWARK   NJ   07102
(973) 623-1000

File #

Papers Served: US DISTRICT SUMMONS AND COMPLAINT

Person to be served: E.E. CRUZ & CO., INC.
Address Served: 943 HOLMDEL ROAD CRUZ PLAZA
HOLMDEL NJ 07733

Name of Person Served and relationship/title:
**JENNIFER BASILE**
**AUTHORIZED AGENT**

Served Successfully ☑   Not Served ☐   Date 9/17/2007   Time 12:35 PM

Attempts:
___ Delivered a copy to him/her personally
___ Left a copy with a competent household member over 14 years of age residing therein (indicate name relationship at right)
_X_ Left a copy with a person authorized to accept service, e.g., managing agent, registered agent, etc. (indicate name official title at right)

Description of Person Accepting Service:
Sex: F   Age: 25   Weight: 120   Skin Color: WHITE   Hair Color: BLONDE

Military Service I asked the person whether recipient was in active military service ot the United States or the State of New Jersey in any activity whatever and received a negative reply. Recipient wore civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversation and observation above narrated.

I, **JIM MARTIN**, at the time of service a competent adult not having a direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

Signature of Process Service

Subscribed and Sworn to me this ___ day of _____ 2007

Notary Signature

**SHARON E. CARLO**
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires Jan. 23, 2011