UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
TAP ELECTRICAL CONTRACTING
SERVICE, INC.,

                         Plaintiffs,                        Civil Case No.: 07-CV-7770

    -against-                                **RULE 7.1 STATEMENT**

E.E. CRUZ & CO., INC.,

                         Defendants.
-------------------------------------------------------------------X

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned attorneys of record for defendant, E.E. Cruz & Co., Inc., hereby certify the E.E. Cruz & Co., Inc., does not have any corporate parents and that no publicly held corporation owns ten percent or more of E.E. Cruz & Co., Inc.'s stock.

Dated: New York, New York
         October 5, 2007

                                            Yours, etc.
                                            **LEWIS BRISBOIS BISGAARD & SMITH LLP**

                                            By: _____
                                            Georgia S. Alikakos, Esq. (GSA-7493)
                                            Attorneys for Defendants E.E. CRUZ & CO., INC.,
                                            199 Water Street – Suite 2500
                                            New York, New York 10038
                                            (212) 232-1300

To:

Thomas Aljian, Esq. (TA-6464)
PODVEY, MEANOR, CATENACCI,
HILDNER, COCOZIELLO & CHATTMAN
*Attorney for Plaintiff – TAP Electrical*
*Contracting Service, Inc.*
One Riverfront Plaza, 8th Floor
Newark, New Jersey 07102
(973) 623-1000

4812-0987-2385.1