# PODVEY, MEANOR, CATENACCI, HILDNER, COCOZIELLO & CHATTMAN

A PROFESSIONAL CORPORATION
COUNSELLORS AT LAW

THE LEGAL CENTER ONE RIVERFRONT PLAZA
NEWARK, NEW JERSEY 07102-5497
(973) 623-1000 FACSIMILE: (973) 623-9131
www.podvey.com

NEW YORK OFFICE
400 PARK AVENUE SUITE 1420
NEW YORK, NEW YORK 10022
(212) 432-7419

PLEASE REPLY TO NEW JERSEY OFFICE

ROBERT L. PODVEY
H. CURTIS MEANOR
HENRY J. CATENACCI
THOMAS V. HILDNER
J. BARRY COCOZIELLO
H. RICHARD CHATTMAN
SAUL ZIMMERMAN♦
MARIANNE C. TOLOMEO
SHELDON M. FINKELSTEIN▲
JONATHAN M. KULLER
LISA I. TREMBLY▲
EVELYN R. STORCH
DOUGLAS E. MOTZENBECKER
ANTHONY J. GOLOWSKI II▲
ROSARIA A. SURIANO
GREGORY D. MILLER♦
THOMAS G. ALJIAN, JR.♦
ROBERT J. MCGUIRE
MARGARET LAMBE JUROW
ROBERT K. SCHEINBAUM♦
COLIN B. SCOTT
LAINIE MILLER♦
MICHAEL F. BEVACQUA
ANTHONY M. RAINONE♦
JAMES L. SIMPSON♦
DAMIAN P. CONFORTI♦
SHAUN A. BEAN♦

OF COUNSEL
MARK K. LIPTON
MAUREEN O'BRIEN♦

▲ MEMBER OF NJ & NY BARS
♦ MEMBER OF NJ & PA BARS

November 12, 2007

**Via ECF**

Hon. George. B. Daniels
United States Courthouse
500 Pearl St., Room 630
New York, NY 10007

RE: TAP Electrical Contracting Service v. E.E. Cruz & Co., Inc.
Docket No.: 07 CV 7770
Our File: 4147/10752

Dear Judge Daniels:

This office represents Plaintiff in the above captioned matter. As you are aware, the Court granted defendant Cruz leave to serve third party complaints against two additional parties. The answers to those third party complaints are due on or about December 10, 2007.

An initial conference has been Order by the Court for Thursday, November 15, 2007. In discussions with Counsel for defendant Cruz, Georgia Alikakos, Esq., we believe it would be more productive to have the initial conference once all the parties have joined the suit. As such, we jointly request the Court adjourn the initial conference to mid-December so all parties will be present.

Respectfully,

Thomas G. Aljian, Jr.

cc: Georgia Alikakos, Esq. (Via e-mail)

Doc #: 241489

**SO ORDERED. IT IS FURTHER ORDERED** that the initial conference is rescheduled to _____ at _____ in the Courtroom 15D. Counsel for Defendant Cruz shall so notify all parties.

_____
Hon. George. B. Daniels