**PODVEY, MEANOR, CATENACCI,
HILDNER, COCOZIELLO & CHATTMAN**

A PROFESSIONAL CORPORATION
COUNSELLORS AT LAW
THE LEGAL CENTER ONE RIVERFRONT PLAZA
NEWARK, NEW JERSEY 07102-5497
(973) 623-1000 FACSIMILE: (973) 623-9131
www.podvey.com

NEW YORK OFFICE
400 PARK AVENUE SUITE 1420
NEW YORK, NEW YORK 10022
(212) 432-7419
PLEASE REPLY TO NEW JERSEY OFFICE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: NOV 16 2007

November 12, 2007

ROBERT L. PODVEY
H. CURTIS MEANOR
HENRY J. CATENACCI
THOMAS V. HILDNER
J. BARRY COCOZIELLO
H. RICHARD CHATTMAN♦
SAUL ZIMMERMAN♦
MARIANNE C. TOLOMEO
SHELDON M. FINKELSTEIN▲
JONATHAN M. KULLER
LISA J. TREMBLY▲
EVELYN R. STORCH
DOUGLAS E. MOTZENBECKER♦
ANTHONY J. GOLOWSKI II▲
ROSARIA A. SURIANO
GREGORY D. MILLER♦
THOMAS G. ALJIAN, JR.♦
ROBERT J. MCGUIRE
MARGARET LAMBE JUROW
ROBERT K. SCHEINBAUM♦
COLIN B. SCOTT
LAINIE MILLER♦
MICHAEL F. BEVACQUA
ANTHONY M. RAINONE♦
JAMES L. SIMPSON♦
DAMIAN P. CONFORTI♦
SHAUN A. BEAN♦

MARK K. LIPTON
MAUREEN O'BRIEN♦
OF COUNSEL

♦MEMBER OF NJ & NY BARS
▲MEMBER OF NJ & PA BARS

**Via ECF**

RE:   TAP Electrical Contracting Service v. E.E. Cruz & Co., Inc.
      Docket No.:   07 CV 7770
      Our File:     4147/10752

**Hon. George. B. Daniels**
United States Courthouse
500 Pearl St., Room 630
New York, NY 10007

Dear Judge Daniels:

    This office represents Plaintiff in the above captioned matter. As you are aware, the Court granted defendant Cruz leave to serve third party complaints against two additional parties. The answers to those third party complaints are due on or about December 10, 2007.

    An initial conference has been Order by the Court for Thursday, November 15, 2007. In discussions with Counsel for defendant Cruz, Georgia Alikakos, Esq., we believe it would be more productive to have the initial conference once all the parties have joined the suit. As such, we jointly request the Court adjourn the initial conference to mid-December so all parties will be present.

Respectfully,

Thomas G. Aljian, Jr.

Doc #: 241489
cc:   Georgia Alikakos, Esq. (*Via e-mail*)

**SO ORDERED.   IT IS FURTHER ORDERED** that the initial conference is rescheduled to  12/19/2007  at  9:45AM  in the Courtroom 15D. Counsel for Defendant Cruz shall so notify all parties.

NOV 16 2007

George B. Daniels
Hon. George. B. Daniels

HON. GEORGE B. DANIELS