# WINSTON & STRAWN LLP

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED: DEC 19 2007

38 WEST WACKER DRIVE
CHICAGO, ILLINOIS 60601-9703

43 RUE DU RHONE
1204 GENEVA, SWITZERLAND

99 GRESHAM STREET
LONDON EC2V 7NG

200 PARK AVENUE
NEW YORK, NEW YORK 10166-4193

(212) 294-6700

FACSIMILE (212) 294-4700

www.winston.com

333 SOUTH GRAND AVENUE
LOS ANGELES CALIFORNIA 90071-1543

25 AVENUE MARCEAU
75116 PARIS, FRANCE

101 CALIFORNIA STREET
SAN FRANCISCO, CALIFORNIA 94711-5894

1700 K STREET, N W
WASHINGTON, D C 20006-3817

December 18, 2007

**SO ORDERED**
The conference is adjourned to
January 31, 2008 at 9:45 a.m.

DEC 19 2007  *George B. Daniels*

HON. GEORGE B. DANIELS

**VIA FACSIMILE (212-805-6737)**

Hon. George B. Daniels
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 630
New York, New York 10007

Re:   TAP Electrical Contracting Service, Inc. v. E. E. Cruz & Co., Inc.
      Civil Case No. 07 CV 7770 (GBD)

Dear Judge Daniels:

We are counsel for third-party defendant URS Corporation – New York ("URS")
in the referenced action. We are writing to determine whether the Court desires to adjourn the
scheduling conference currently calendared for tomorrow in light of a new second third-party
action.

Pursuant to a stipulation with counsel for third-party plaintiff, yesterday URS
answered the third-party complaint. In its answer, URS filed a second third-party action. The
second third-party defendant was served at its offices yesterday.

We were previously advised that the Court had adjourned the scheduling
conference in this action because the Court wished the third-party defendants to appear prior to
the conference. In light of the second third-party action, we are hereby providing the Court with
the option of adjourning the conference again to permit the second third-party defendant an
opportunity to appear and retain counsel. If the Court wishes to adjourn the conference, please

## WINSTON & STRAWN LLP

Hon. George B. Daniels
December 18, 2007
Page 2


advise the undersigned at your earliest convenience and we will notify the other parties. Otherwise we will appear at tomorrow's conference.

Respectfully submitted,

Kenneth D. O'Reilly (KO 0172)

KOR:jh
cc: Attached Service List (via facsimile)

NY:1153295 1

## SERVICE LIST

**PODVEY, MEANOR, CATENACCI,**
**HILDNER, COCOZIELLO & CHATTMAN**
*Attorneys for Plaintiff*
One Riverfront Plaza
Newark, New Jersey  07102

**LEWIS, BRISBOIS, BISGAARD & SMITH, LLP**
*Attorneys for Defendant/Third Party Plaintiff E. E. Cruz & Company, Inc.*
199 Water Street, 25th Floor
New York, New York  10038

**MILBER MAKRIS PLOUSADIS & SEIDEN, LLP**
*Attorneys for Third-Party Defendant  Malcolm Pirnie, Inc.*
3 Barker Avenue, 6th Floor
White Plains, New York  10601