Job#:N-A032-1/21-0766                                          Winston & Strawn

# AFFIDAVIT OF SERVICE

                                              Index #: 07CV7770
COURT: United States District      COUNTY: Southern N.Y.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
**TAP Electrical Contracting Service**

                                                    Plaintiff

                        against

**E.E. Cruz & Co. Inc., et al.
and Other Third Party Actions**
                                                    Defendant
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
**STATE OF NEW YORK, COUNTY OF New York           :SS:**

**Robert Lee Jenkins** being duly sworn deposes & says:
I am over 18 years of age, not a party to this action, and
reside in the State of New York.

That on **December 17, 2007** at **4:51 pm**
at **292 Fifth Avenue, New York, New York, 10001**

I served the **Summons, Answer to Third Party Complaint, Affirmative Defense, Cross Claims, and 2nd 3rd Party Summons & 2nd 3rd Party Complaint**
upon: **Winston Smith P.E. P.C.**
therein named, by delivering to & leaving personally with
**N. Gonzalez**, a true copy of each thereof
Deponent describes the person actually served as follows:

           SEX:       **Female**
           COLOR:     **Hispanic**
           HAIR:      **Black**
           AGE:       **40**
           APP HT:    **5'4 "**
           APP WT:    **140**

DEPONENT further says; that at the time of such service I knew the said person served
to be authorized to accept service

Sworn to before me this
December 18, 2007

                                          _____
Lana Faith Pollack                        Robert Lee Jenkins 1189336
Commissioner of Deeds
No. 1-5597
Qualified in New York County
Commission Expires July 1, 2008


          The Letter of The Law Process Service Co. Inc., 577 Grand Street Suite F907, New York N.Y. 10002

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Southern_____ District of _____New York_____

Plaintiff
TAP ELECTRICAL CONTRACTING SERVICE

V.

E.E. CRUZ & CO., INC.
(SEE ATTACHED RIDER FOR FULL CAPTION)

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:  07 CV 7770

TO: (Name and address of Defendant)

Second Third-Party Defendant
Winston Smith, P.E., P.C.
292 5th Avenue
New York, New York 10001-4513

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

KENNETH D. O'rEILLY, ESQ. (KO 0172)
WINSTON & STRAWN LLP
200 PARK AVENUE
NEW YORK, NEW YORK  10166

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                   DEC 1 7 2007
CLERK                                                 DATE

(By) DEPUTY

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
TAP ELECTRICAL CONTRACTING SERVICE, INC., :
: Civil Case No.: 07 CV 7770 (GD)
                                    Plaintiff, :
:
         -against- : **RIDER TO SUMMONS**
:
E. E. CRUZ & CO., INC., :
:
                                 Defendant. :
:
------------------------------------------------------------------X
E. E. CRUZ & CO., INC., :
:
                     Third-Party Plaintiff, :
:
         -against- :
:
MALCOLM PIRNIE, INC. and URS CORPORATION, :
:
                     Third-Party Defendants. :
:
------------------------------------------------------------------X
URS CORPORATION -- NEW YORK, :
:
   Third Party Defendant/Second Third-Party Plaintiff, :
:
         -against- :
:
WINSTON SMITH, P.E., P.C., :
:
              Second Third-Party Defendant. :
------------------------------------------------------------------X