UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
TAP ELECTRICAL CONTRACTING SERVICE, INC.,

                Plaintiff,              Civil Case No.:
                                                          07-CV-7770 (GD)

  -against-

                                                         **RULE 7.1**
E.E. CRUZ & CO., INC.,                             **STATEMENT**

                Defendant.
------------------------------------------------------------------X
E.E. CRUZ & CO., INC.,

                Third-Party Plaintiff,

  -against-

MALCOLM PIRNIE, INC. and
URS CORPORATION,

                Third-Party Defendants.
------------------------------------------------------------------X

       Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned attorneys of record for third-party defendant, Malcolm Pirnie, Inc., hereby certify that Malcolm Pirnie, Inc. does not have any corporate parents and that no publicly held corporation owns ten percent or more of Malcolm Pirnie, Inc.'s stock.

**Dated: White Plains, New York
       December 27, 2007**

                                        Respectfully submitted,

                                        MILBER MAKRIS PLOUSADIS
                                        & SEIDEN, LLP

                                        By: _____
                                        Michael A. Heran (MH0413)
                                        Attorneys for Third-Party Defendant
                                        *Malcolm Pirnie, Inc.*
                                        3 Barker Avenue, 6th Floor
                                        White Plains, New York 10601
                                        (914) 681-8700

TO:   **LEWIS BRISBOIS BISGAAD & SMITH, LLP**
Attorneys for Defendant/Third-Party Plaintiff
*E.E. Cruz & Co., Inc.*
199 Water Street, 25th Floor
New York, New York 10038
(212) 232-1300

**PODNEY, MEANOR, CATENACCI, HILDNER,
COCOZIELLO & CHATTMAN**
Attorneys for Plaintiff
*TAP Electrical Contracting Services, Inc.*
One Riverfront Plaza, 8th Floor
Newark, New Jersey 07102
(973) 623-1000

**WINSTON & STRAWN LLP**
Attorneys for Third-Party Defendant
*URS Corporation*
200 Park Avenue
New York, New York 10166-4193
(212) 294-6700

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK            )
                             ) ss.:
COUNTY OF WESTCHESTER        )

I, Victoria DeCarlo, being sworn, say, I am not a party to this action, am over 18 years of age, and reside in Westchester County, New York.

On the 27th day of December 2007, I served a true copy of the within **RULE 7.1 STATEMENT** via regular mail, addressed to the attorney(s) for the respective parties in this action, at the address(es) designated by said attorney(s) for that purpose by depositing true copies of same enclosed in a postpaid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Post Office within the State of New York.

TO:    **LEWIS BRISBOIS BISGAAD & SMITH, LLP**
       Attorneys for Defendant/Third-Party Plaintiff
       *E.E. Cruz & Co., Inc.*
       199 Water Street, 25th Floor
       New York, New York 10038
       (212) 232-1300

       **PODNEY, MEANOR, CATENACCI, HILDNER,
       COCOZIELLO & CHATTMAN**
       Attorneys for Plaintiff
       *TAP Electrical Contracting Services, Inc.*
       One Riverfront Plaza, 8th Floor
       Newark, New Jersey 07102
       (973) 623-1000

       **WINSTON & STRAWN LLP**
       Attorneys for Third-Party Defendant
       *URS Corporation*
       200 Park Avenue
       New York, New York 10166-4193
       (212) 294-6700

_____
Victoria DeCarlo

Sworn to before me this
27th day of December 2007.

_____
Notary Public

MICHAEL A. HERAN
Notary Public, State of New York
No. 02HE5040531
Qualified in Westchester County
Commission Expires March 13, 20 11