UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
TAP ELECTRICAL CONTRACTING SERVICE, INC.,

                Plaintiff,

-against-

E.E. CRUZ & CO., INC.,

                Defendant.
------------------------------------------------------------------X
E.E.CRUZ & CO., INC.,

                Third-Party Plaintiff,

-against-

MALCOLM PIRNIE, INC. and
URS CORPORATION,

                Third-Party Defendants.
------------------------------------------------------------------X
URS CORPORATION-NEW YORK,

                Second Third-Party Plaintiff,

-against-

WINSTON SMITH, P.E., P.C.,

                Second Third-Party Defendant.
------------------------------------------------------------------X

Civil Case No.:
07-CV-7770 (GD)

**ANSWER TO**
**CROSS-CLAIMS**

Third-party defendant, Malcolm Pirnie, Inc. ("MPI"), by its attorneys, Milber Makris Plousadis & Seiden, LLP, as and for its Answer to the Cross-Claims of third-party defendant/second third-party plaintiff, URS Corporation-New York ("URS"), contained within its Answer to Third-Party Complaint, dated December 17, 2007, states as follows:

## AS AND FOR AN ANSWER TO THE FIRST
## CROSS-CLAIM AGAINST ALL DEFENDANTS

1. MPI denies each and every allegation contained in the First Cross-Claim Against All Defendants of third-party defendant/second third-party plaintiff, URS, contained within its Answer to Third-Party Complaint, dated December 17, 2007, at paragraphs "39", "40", "41" and "42", as it pertains or relates to MPI; otherwise MPI denies having knowledge or information sufficient to form a belief as to the truth of the allegations and respectfully refers all questions of law to this Honorable Court.

## AS AND FOR AN ANSWER TO THE SECOND
## CROSS-CLAIM AGAINST ALL DEFENDANTS

2. MPI denies each and every allegation contained in the Second Cross-Claim Against All Defendants of third-party defendant/second third-party plaintiff, URS, contained within its Answer to Third-Party Complaint, dated December 17, 2007, at paragraphs "43", "44" and "45", as it pertains or relates to MPI; otherwise MPI denies having knowledge or information sufficient to form a belief as to the truth of the allegations and respectfully refers all questions of law to this Honorable Court.

**WHEREFORE**, Malcolm Pirnie, Inc., demands judgment as follows:

(A) Dismissing the First Cross-Claim against MPI of third-party defendant/second third-party plaintiff, URS Corporation-New York;
(B) Dismissing the Second Cross-Claim against MPI of third-party defendant/second third-party plaintiff, URS Corporation-New York;
(C) Awarding it the costs and disbursements of this action, together with all of its attorneys' fees, plus interest; and
(D) Awarding it such other and further relief as this Court deems just and proper.

**Dated: White Plains, New York
January 8, 2008**

           Respectfully submitted,

           MILBER MAKRIS PLOUSADIS
           & SEIDEN, LLP

           By: _____
           Michael A. Heran (MH0413)
           Attorneys for Third-Party Defendant
           *Malcolm Pirnie, Inc.*
           3 Barker Avenue, 6th Floor
           White Plains, New York 10601
           (914) 681-8700

TO: **LEWIS BRISBOIS BISGAARD & SMITH, LLP**
   Attorneys for Defendant/Third-Party Plaintiff
   *E.E. Cruz & Co., Inc.*
   199 Water Street, 25th Floor
   New York, New York 10038
   (212) 232-1300

   **PODNEY, MEANOR, CATENACCI, HILDNER,
   COCOZIELLO & CHATTMAN**
   Attorneys for Plaintiff
   *TAP Electrical Contracting Service, Inc.*
   One Riverfront Plaza, 8th Floor
   Newark, New Jersey 07102
   (973) 623-1000

   **WINSTON & STRAWN LLP**
   Attorneys for Third-Party Defendant
   *URS Corporation*
   200 Park Avenue
   New York, New York 10166-4193
   (212) 294-6700

   **WINSTON SMITH, P.E., P.C.**
   292 Fifth Avenue
   New York, New York 10001-4513

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK           )
                            ) ss.:
COUNTY OF WESTCHESTER       )

I, Elizabeth Goode, being sworn, say, I am not a party to this action, am over 18 years of age, and reside in Westchester County, New York.

On the 8th day of January 2008, I served a true copy of the within **ANSWER TO CROSS-CLAIMS** via regular mail, addressed to the attorney(s) for the respective parties in this action, at the address(es) designated by said attorney(s) for that purpose by depositing true copies of same enclosed in a postpaid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Post Office within the State of New York.

TO: **LEWIS BRISBOIS BISGAARD & SMITH, LLP**
Attorneys for Defendant/
Third-Party Plaintiff
*E.E. Cruz & Co., Inc.*
199 Water Street, 25th Floor
New York, New York 10038
(212) 232-1300

**PODNEY, MEANOR, CATENACCI, HILDNER, COCOZIELLO & CHATTMAN**
Attorneys for Plaintiff
*TAP Electrical Contracting Service, Inc.*
One Riverfront Plaza, 8th Floor
Newark, New Jersey 07102
(973) 623-1000

**WINSTON & STRAWN LLP**
Attorneys for Third-Party Defendant
*URS Corporation*
200 Park Avenue
New York, New York 10166-4193
(212) 294-6700

**WINSTON SMITH, P.E., P.C.**
292 Fifth Avenue
New York, New York 10001-4513

_____
Elizabeth Goode

Sworn to before me this
8th day of January 2008.

_____
Notary Public

LETTY TRIVINO
Notary Public, State of New York
No. 01TR6158357
Qualified in Westchester County
Commission Expires 01/02/20__