UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TAP ELECTRICAL CONTRACTING SERVICE, INC.,  :
                                                                                                                                        : Civil Case No.: 07 CV 7770 (GD)
                                            Plaintiff,  :

-against-  :  **CERTIFICATE OF SERVICE**

E. E. CRUZ & CO., INC.,  :

                                            Defendant.  :

------------------------------------------------------------X

E. E. CRUZ & CO., INC.,  :

                                 Third-Party Plaintiff,  :

-against-  :

MALCOLM PIRNIE, INC. and URS CORPORATION,  :

                                 Third-Party Defendants.  :

------------------------------------------------------------X

URS CORPORATION -- NEW YORK,  :

     Third Party Defendant/Second Third-Party Plaintiff,  :

-against-  :

WINSTON SMITH, P.E., P.C.,  :

                        Second Third-Party Defendant.  :
------------------------------------------------------------X

       I, Kenneth D. O'Reilly, hereby certify that URS Corporation -- New York's filing of its

**Answer To Third-Party Complaint, Affirmative Defenses, Cross-Claims, And Second**

**Third-Party Complaint** were served by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

The **Answer To Third-Party Complaint, Affirmative Defenses, Cross-Claims, And Second Third-Party Complaint** also was served, on the 17th day of December 2007, by depositing true copies thereof enclosed in post-paid wrappers, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State via First Class Mail, postage prepaid, on the following counsel of record:

**PODVEY, MEANOR, CATENACCI, HILDNER, COCOZIELLO & CHATTMAN**
*Attorneys for Plaintiff*
One Riverfront Plaza
Newark, New Jersey 07102
(973) 623-1000 (phone)
(973) 623-9131 (fax)

**LEWIS, BRISBOIS, BISGAARD & SMITH, LLP**
*Attorneys for Defendant/Third Party Plaintiff E. E. Cruz & Company, Inc.*
199 Water Street, 25th Floor
New York, New York 10038
(212) 232-1300 (phone)
(212) 232-1375 (phone)
(212) 232-1399 (fax)

**MILBER MAKRIS PLOUSADIS & SEIDEN, LLP**
*Attorneys for Third-Party Defendant Malcolm Pirnie, Inc.*
3 Barker Avenue, 6th Floor
White Plains, New York 10601
(914) 681-8700 (phone)
(914) 681-8709 (fax)

Dated: January 9, 2008
   New York, New York

Kenneth D. O'Reilly (KO 0172)
WINSTON & STRAWN LLP
200 Park Avenue
New York, New York 10166
koreilly@winston.com

2