UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
TAP ELECTRICAL CONTRACTING SERVICE, INC.,

    Civil Case No.: 07 CV 7770 (GD)

                                      Plaintiff,

              -against-                       **ANSWER TO CROSS-CLAIM OF**
                                                            **THIRD-PARTY DEFENDANT**
E. E. CRUZ & CO., INC.,                        **<u>MALCOLM PIRNIE, INC.</u>**

                                        Defendant.

------------------------------------------------------------------X

E. E. CRUZ & CO., INC.,

                          Third-Party Plaintiff,

              -against-

MALCOLM PIRNIE, INC. and URS CORPORATION,

                        Third-Party Defendants.

------------------------------------------------------------------X

URS CORPORATION -- NEW YORK,

    Third Party Defendant/Second Third-Party Plaintiff,

              -against-

WINSTON SMITH, P.E., P.C.,

                    Second Third-Party Defendant.
------------------------------------------------------------------X

        Third-Party Defendant/Second Third-Party Plaintiff URS Corporation – New York

(i/s/h/a URS Corporation) by its attorneys, Winston & Strawn LLP, as and for its Answer to the

NY:1157215.1

Cross-Claim of Third-Party Defendant Malcolm Pirnie, Inc. ("MPI") dated December 27, 2007, upon information and belief alleges as follows:

<b>AS AND FOR AN ANSWER TO MPI's<br>
<u>CROSS-CLAIM AGAINST URS CORPORATION</u></b>

1. URS denies each and every allegation contained in MPI's Cross-Claim against URS Corporation, dated December 27, 2007, at paragraphs "35" and "36."

<b>AS AND FOR A FIRST AFFIRMATIVE DEFENSE</b>

2. The Cross-Claim Against URS Corporation fails to state a cause of action for which relief can be granted.

<b>AS AND FOR A SECOND AFFIRMATIVE DEFENSE</b>

3. The Cross-Claim Against URS Corporation fails to state a cause of action against URS because the injuries alleged were not foreseeable.

<b>AS AND FOR A THIRD AFFIRMATIVE DEFENSE</b>

4. The Cross-Claim Against URS Corporation fails to state a cause of action against URS because the work performed by URS as alleged in the Third-Party Complaint conformed to all applicable statutes, government regulations and directives, industry standards, and contractual requirements and such conduct comported with the appropriate standard of care.

<b>AS AND FOR A FOURTH AFFIRMATIVE DEFENSE</b>

5. URS did not owe a duty to Third-Party Plaintiff as alleged in the Third-Party Complaint and its claims against URS are barred by the economic loss doctrine.

<b>AS AND FOR AN FIFTH AFFIRMATIVE DEFENSE</b>

6. URS performed its duties under its contracts with the New York Department of Environmental Protection and MPI with the care, skill, and diligence required of engineers and

NY:1157215.1

construction managers under similar circumstances in the locality in which the work was performed.

## AS AND FOR AN SIXTH AFFIRMATIVE DEFENSE

7. The Cross-Claim Against URS Corporation fails to state a cause of action against URS by implying URS was to insure or warrant the quality of the work of others in the absence of any contractual privity or common law duty.

## AS AND FOR A SEVENTH AFFIRMATIVE DEFENSE

8. The Cross-Claim against URS Corporation is barred by the applicable statute of limitations, statute of repose and/or doctrine of laches.

## AS AND FOR A EIGHTH AFFIRMATIVE DEFENSE

9. The injuries alleged by Third-Party Plaintiff were the result of an independent supervening and/or intervening cause, and any act or omission of URS was not the proximate cause of the injuries alleged.

## AS AND FOR A NINTH AFFIRMATIVE DEFENSE

10. Third-Party Plaintiff's recovery, if any, against URS is diminished by the doctrine of comparative negligence as Third-Party Plaintiff's own acts or omissions constituted negligence, carelessness or other culpable conduct which contributed to the alleged damage.

## AS AND FOR A TENTH AFFIRMATIVE DEFENSE

11. Third-Party Plaintiff's injuries, if any, were caused by the acts and omissions of intervening third parties over whom URS had no supervision or control or right of supervision or control.

## AS AND FOR A ELEVENTH AFFIRMATIVE DEFENSE

12. Third-Party Plaintiff's alleged injuries were caused, if at all, by mechanical defects that did not result from any act or omission of URS.

NY:1157215.1

## AS AND FOR A TWELFTH AFFIRMATIVE DEFENSE

13.     The damages alleged in the Cross-Claim Against URS Corporation are barred, in whole or in part, by Plaintiff's failure to mitigate its alleged damages.

## AS AND FOR A THIRTEENTH AFFIRMATIVE DEFENSE

14.     URS will rely upon any and all further defenses that become available or appear during disclosure in this action and hereby specifically reserves its right to amend its answer for the purpose of asserting any such additional defenses.

**WHEREFORE**, URS demands judgment as follows:

A.      Dismissal of the Cross-Claims of MPI their entirety; and

B.      For such other relief which is just and proper.

Dated:  New York, New York
        January 15, 2008

                                        Respectfully submitted,

                                        WINSTON & STRAWN LLP


                                        By: /S/ Kenneth D. O'Reilly
                                            Jeffrey P. Rosenstein
                                            Kenneth D. O'Reilly
                                            200 Park Avenue
                                            New York, New York  10166
                                            212-294-6786
                                            jrosenstein@winston.com
                                            koreilly@winston.com

                                            Attorneys for Third-Party Defendant
                                            URS Corporation -- New York
                                            (f/k/a URS Consultants, Inc. and
                                            URS Corporation Group
                                            Consultants)

To:     **WINSTON SMITH, P.E., P.C.**
        292 5th Avenue
        New York, New York 10001-4513
        *Third-Party Defendant*

**PODVEY, MEANOR, CATENACCI,
HILDNER, COCOZIELLO & CHATTMAN**
*Attorneys for Plaintiff*
One Riverfront Plaza
Newark, New Jersey  07102

**LEWIS, BRISBOIS, BISGAARD & SMITH, LLP**
*Attorneys for Defendant/Third Party Plaintiff E. E. Cruz & Company, Inc.*
199 Water Street, 25th Floor
New York, New York  10038

**MILBER MAKRIS PLOUSADIS & SEIDEN, LLP**
*Attorneys for Third-Party Defendant  Malcolm Pirnie, Inc.*
3 Barker Avenue, 6th Floor
White Plains, New York  10601

5

NY:1157215.1