UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
TAP ELECTRICAL CONTRACTING SERVICE, INC., :
: Civil Case No.: 07 CV 7770 (GD)
                           Plaintiff, :
:
              -against- : **CERTIFICATE OF SERVICE**
:
E. E. CRUZ & CO., INC., :
:
                           Defendant. :
:
------------------------------------------------------------------X
:
E. E. CRUZ & CO., INC., :
:
                      Third-Party Plaintiff, :
:
             -against- :
:
MALCOLM PIRNIE, INC. and URS CORPORATION, :
:
                    Third-Party Defendants. :
:
------------------------------------------------------------------X
:
URS CORPORATION -- NEW YORK, :
:
    Third Party Defendant/Second Third-Party Plaintiff, :
:
             -against- :
:
WINSTON SMITH, P.E., P.C., :
:
               Second Third-Party Defendant. :
------------------------------------------------------------------X

       I, Jennifer Hampton, hereby certify that on this 16th day of January, 2008 the

**ANSWER TO CROSS-CLAIM OF THIRD-PARTY DEFENDANT MALCOLM PIRNIE,**

**INC.,** dated January 16, 2008, was served via the Court's ECF system on counsel of record

receiving Notices of Electronic Filing, and served same on January 16, 2008 by the indicated method on the following counsel who did not receive a Notice of Electronic Filing:

*Via U.S. Mail (postage pre-paid):*

Winston Smith P.E., P.C.
292 5th Avenue
New York, New York 10001-4513
*Third-Party Defendant*

Dated: January 16, 2008
      New York, New York

_____
Jennifer Hampton