UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
TAP ELECTRICAL CONTRACTING SERVICE,

               Plaintiff,

      -against-

E.E. CRUZ & CO., INC.,

               Defendant.

------------------------------------x

07 CV 7770 (GBD)

ORDER

GEORGE B. DANIELS, District Judge:

      The Docket Clerk is hereby instructed to remove plaintiff's motion to continue initial conference to mid December with the consent of all parties (Document 8) from the motions list as the motion was resolved by endorsed letter granting the adjournment (Document 10).

Dated: January 18, 2008
       New York, New York

                                    SO ORDERED:

                                    GEORGE B. DANIELS
                                    United States District Judge