UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
TAP ELECTRICAL CONTRACTING SERVICE, INC., :
: ECF CASE
                        Plaintiff, :
: Civil Case No.: 07 CV 7770 (GD)
     -against- :
: **RULE 7.1 DISCLOSURE**
E. E. CRUZ & CO., INC., : **STATEMENT OF THIRD-PARTY**
: **DEFENDANT/SECOND THIRD-**
                      Defendant. : **PARTY PLAINTIFF URS**
: **CORPORATION -- NEW YORK**
:
------------------------------------------------------------------X
:
E. E. CRUZ & CO., INC., :
:
               Third-Party Plaintiff, :
:
     -against- :
:
MALCOLM PIRNIE, INC. and URS CORPORATION, :
:
             Third-Party Defendants. :
:
------------------------------------------------------------------X
:
URS CORPORATION -- NEW YORK, :
:
   Third Party Defendant/Second Third-Party Plaintiff, :
:
     -against- :
:
WINSTON SMITH, P.E., P.C., :
:
         Second Third-Party Defendant. :
------------------------------------------------------------------X

      Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and

Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned

NY:1158863.1

counsel for Third-Party Defendant/Second Third-Party Plaintiff URS Corporation – New York ("URSNY") certify the following:

1. URSNY is a non-governmental corporation organized and existing under the law of the State of New York, with its principal place of business in New York, New York.

2. URSNY is not a publicly held corporation or other publicly held entity.

3. The sole shareholder of URSNY is URS Corporation.

4. URS Corporation is a publicly held corporation.

5. There are no corporate parents, subsidiaries, or affiliates of URS Corporation which are publicly held.

6. There is no publicly held corporation that owns ten percent of URS Corporation stock.

Dated: New York, New York
January 25, 2008

Respectfully submitted,

WINSTON & STRAWN LLP

By: _____
Jeffrey P. Rosenstein
Kenneth D. O'Reilly
200 Park Avenue
New York, New York 10166
212-294-6700

Attorneys for Third-Party
Defendant/Second Third-Party
Plaintiff
URS Corporation -- New York
(f/k/a URS Consultants, Inc. and
URS Corporation Group
Consultants)