## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                    ) ss:
COUNTY OF NEW YORK  )

**Tamara Siler**, being duly sworn, deposes and says:

I am not a party to this action, I am over eighteen (18) years of age and I reside in the State of New York, County of Kings.

That on **Tuesday, March 5, 2008** I served the **Reply to Cross-Claim of Second Third-party Defendant Winston Smith, P.E., P.C. with Cross-Claim** upon the following:

Thomas Aljian, Esq. (TA-6464)
Podvey, Meanor, Catenacci, Hildner,
Cocoziello & Chattman
One Riverfront Plaza, 8th Floor
Newark, New Jersey 07102
(973) 623-9131 (fax)

Michael Heran, Esq.
Milber Makris Plousadis & Seiden, LLP.
3 Barker Avenue, 6th floor
White Plains, New York 10601

Kenneth O'Reilly, Esq.
WINSTON & STRAWN, LLP
200 Park Avenue
New York, New York 10166
(212) 294-6786

Barbara L. Hall, Esq.
NICOLIN, PARADISE FERRETTI & SABELLA
114 Old Country Road
Mineola, New York 11501
(516) 741-6355

by mailing same in a sealed envelope, with postage prepaid thereon via *U.S. Mail* within the State of New York.

_____
Tamara Siler

Sworn to before me this
5th day of March, 2008.

_____
- Notary Public -

Nancy I. Rivera
Notary Public, State of New York
No. 01RI6058556
Qualified in New York County
Commission Expires 5/14/20 __

4845-1343-8466.1